```
 1 | Stephen G. Opperwall (SBN 100057)
   | LAW OFFICES OF STEPHEN G. OPPERWALL
 2 | 4900 Hopyard Road, Suite 100
   | Pleasanton, California 94588
 3 | Telephone: (925) 417-0300
   | Facsimile: (925) 417-0301
 4 | E-mail:    steve.opperwall@comcast.net
 5 | Attorneys for Defendants
   | Matrix Dynamics, Inc. and Adam Gregorczuk
 6 |
 7 |
 8 |                UNITED STATES DISTRICT COURT
 9 |               NORTHERN DISTRICT OF CALIFORNIA
10 |                         SAN JOSE          *E-FILED - 9/29/05*
11 |
12 | Financial Federal Credit  )   No. C 05-01405 RMW
   | Inc.,                     )
13 |                           )
   |                           )
14 |      Plaintiff,           )   Order Approving
   |                           )   Substitution of Attorney
15 | vs.                       )   and
   |                           )   Allowing Withdrawal of Attorney
16 |                           )
   | Matrix Dynamics, Inc.;    )
17 | Adam Gregorczuk;          )
   |                           )
18 |                           )
   |      Defendants.          )
19 | _____)
20 |
21 |
22 |      Based on the Substitution of Attorney dated September 15, 2005
23 | signed by Stephen G. Opperwall, Adam Gregorczuk, and Matrix
24 | Dynamics, Inc., and based on the matters set forth in the Motion To
25 | Withdraw As Counsel For Defendants that was filed herein by attorney
26 | Stephen G. Opperwall on September 9, 2005, the Court hereby approves
27 | the Substitution of Attorney and hereby allows the withdrawal of
28 |
```

1

Order Approving Substitution of Attorney and Allowing Withdrawal of Attorney

1  attorney Stephen G. Opperwall as counsel for the Defendants.
2
3
4  Dated: __9/29/05_____        /S/ RONALD M. WHYTE
                                             ─────────────────────────────
                                             RONALD M. WHYTE,
5                                            UNITED STATES DISTRICT JUDGE
6
7  substitution.order.wpd
8

Order   Approving   Substitution   of   Attorney   and   Allowing
Withdrawal of Attorney