```
Stephen G. Opperwall (SBN 100057)
LAW OFFICES OF STEPHEN G. OPPERWALL
4900 Hopyard Road, Suite 100
Pleasanton, California 94588
Telephone: (925) 417-0300
Facsimile: (925) 417-0301
E-mail:    steve.opperwall@comcast.net

Attorneys for Defendants
Matrix Dynamics, Inc. and Adam Gregorczuk
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

*E-FILED - 10/18/05*

| | |
|---|---|
| Financial Federal Credit Inc., | No. C 05-01405 RMW |
| Plaintiff, | |
| vs. | Order Vacating 8/4/05 Order as of 7/14/05 Based on Prior Bankruptcy Filing And Automatic Stay [11 U.S.C. Section 362(a)] |
| Matrix Dynamics, Inc.; Adam Gregorczuk; | |
| Defendants. | |

The Order filed on August 4, 2005 regarding the Application for Writ of Possession by Plaintiff is hereby vacated <u>as of 7/14/05</u>. (rmw) The Order related to Defendant Matrix Dynamics, Inc. ("Matrix") and its property. Defendant Matrix Dynamics, Inc. filed a bankruptcy petition on July 14, 2005 with the U.S. Bankruptcy Court, Northern District of California, San Jose Division, as Case Number 05-54317 ASW, and the Automatic Stay therefore applied pursuant to the

1

1  provisions of 11 U.S.C. Section 362(a) as of the date the bankruptcy
2  petition was filed.  Notice of that bankruptcy filing was filed
3  herein on July 26, 2005.

6  Dated: 9/30/05                          /s/ Ronald M. Whyte
                                           ───────────────────────────
                                           RONALD M. WHYTE,
7                                          UNITED STATES DISTRICT JUDGE

9  order.vacate.080405.doc.wpd

2

Order Vacating 8/4/05 Order Nunc Pro Tunc Based on Prior Bankruptcy Filing And Automatic Stay [11 U.S.C. Section 362(a)]