1 DENNIS D. MILLER (SBN 138669)
  MARCUS O. COLABIANCHI (SBN 208698)
2 STEIN & LUBIN LLP
  600 Montgomery Street, 14th Floor
3 San Francisco, CA 94111
  Telephone: (415) 981-0550
4 Facsimile: (415) 981-4343

5 Attorneys for Plaintiff
  FINANCIAL FEDERAL CREDIT INC.,
6 A Texas corporation

7

8                  UNITED STATES DISTRICT COURT           **E-filing**

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION
                                                    *E-FILED - 10/18/05*
11

12 FINANCIAL FEDERAL CREDIT INC.,         Case No. C 05-01405 RMW

13        Plaintiff,
                                           ORDER GRANTING
14 vs.                                     SUBSTITUTION OF COUNSEL

15 MATRIX DYNAMICS, INC.; ADAM
   GREGORCZUK,
16
          Defendants.
17

18        Plaintiff Financial Federal Credit Inc., hereby substitutes the law firm of Stein &

19 Lubin LLP, 600 Montgomery Street, 14th Floor, San Francisco, CA 94111, telephone (415) 981-

20 0550, facsimile (415) 981-4343, as its counsel for all purposes in the above-referenced case.

21 Dated: September 23, 2005          FINANCIAL FEDERAL CREDIT INC.

22                                    By: /s/
23                                    ROBERT T. BONSIGNORE
                                      Associate Counsel
24

25        The undersigned consents to the above substitution.

26 Dated: September 23, 2005          HAUSER & MOUZES

                                      By: /s/
                                      RAYMOND A. POLICAR

19160002/309947v1                      1                    Case No. C 05-01405 RMW
                              SUBSTITUTION OF COUNSEL

1 | The undersigned accepts the above substitution.

2 | Dated: September 26, 2005      STEIN & LUBIN LLP

4 | By: _____
DENNIS D. MILLER

6 | IT IS SO ORDERED.

8 | Dated: 10/18/05      /s/ Ronald M. Whyte

9 | U.S. District Judge