*E-filed on*      2/14/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINANCIAL FEDERAL CREDIT INC.<br><br>    Plaintiff,<br><br>    v.<br><br>MATRIX DYNAMICS, INC. and ADAM GREGORCZUK,<br><br>    Defendants. | No. C-05-01405 RMW<br><br>ORDER TO SHOW CAUSE |

On May 19, 2006 plaintiff Financial Federal Credit Inc. filed a motion for summary judgment of its claims against defendant Adam Gregorczuk and an award of $94,913.75, along with attorney's fees and costs. The matter was heard on July 7, 2006. The court requested that plaintiff file a supplemental declaration supporting its computation of damages and its request for attorney's fees in accordance with the Civil Local Rules. Plaintiff has not done so. Plaintiff is hereby ordered to appear on Friday, March 2, 2007, at 9:00 a.m. in courtroom 6, to show cause why this case should not be dismissed for failure to prosecute. Plaintiff is further ordered to file written declaration by February 23, 2007 explaining why plaintiff has not complied with the court's previous order and why this case should not be dismissed for failure to prosecute.

DATED:     2/14/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE—No. C-05-01405 RMW
SPT

**THIS SHALL CERTIFY THAT A COPY OF THIS ORDER HAS BEEN PROVIDED TO:**

**Counsel for Plaintiff(s):**

Dennis D. Miller
Stein & Lubin LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
415-981-0550

**Counsel for Defendant(s):**

Adam Gregorczuk
Matrix Dynamics, Inc.; d/b/a/ AG Precision Machining
3380 Victor Court
Santa Clara, CA 95054
408-346-2870

**Date:    2/14/07**               **SPT**
                                   **Chambers of Judge Whyte**