1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

FINANCIAL FEDERAL CREDIT, INC.,

10

Plaintiff,

11

v.

12

MATRIX DYNAMICS, INC. And ADAM
GREGORCZUK,

13

14

Defendant.

*E-FILED - 3/30/07*

CASE NO.: C-05-01405-RMW

**ORDER CLOSING FILE IN VIEW
OF BANKRUPTCY STAY**

15
16
17
18
19
20

This action has been stayed by the defendant's bankruptcy proceedings.  Therefore, the case is hereby closed.  It may be reopened on application by any party showing that the bankruptcy stay has been lifted.  The clerk will close the file.

21
22
23

DATED:  March 30, 2007

Ronald M Whyte

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

24
25
26
27
28

1

2

3   Copy of Order E-Filed and Mailed to:

4   Adam Gregorczuk
    MATRIX DYNAMICS, INC., d/b/a AG PRECISION MACHINING
5   3380 Victor Court
    Santa Clara, CA 95054
6

7   Order E-Filed to:
    Dennis Miller
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28